ORIGINAL

1  GUY B. WALLACE (State Bar No. 176151)
   SCHNEIDER & WALLACE
2  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
3  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
4

5  PATRICIA A. SHIU (State Bar No. 104894)
   CLAUDIA CENTER (State Bar No. 158255)
6  LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
   600 Harrison Street, Suite 120
7  San Francisco, California 94107
   Telephone: (415) 864-8848
8  Facsimile: (415) 864-8199

9  Attorneys for Plaintiffs
10

FILED

OCT  9 2007

RICHARD W. WAKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  SHAZIA SIDDIQI, et al., on behalf of          No. C 99-0790 SI
15  themselves and all others similarly situated,
                                                  CLASS ACTION
16                    Plaintiffs,

17              vs.                               STIPULATION & [proposed] ORDER RE
                                                  MEDIATION & EXTENSION OF
18  THE REGENTS OF THE UNIVERSITY OF              CONTINUING JURISDICTION
19  CALIFORNIA, et al.,

20                    Defendants.

21

22

23
        IT IS HEREBY STIPULATED by and between the parties through their counsel of record
24
    that:
25
        1.    The parties have agreed to mediate remaining issues regarding the implementation of
26
    the Settlement Agreement in the above-captioned matter.
27

28
                                              -1-
SCHNEIDER
& WALLACE   Siddiqi, et. al. v. Regents of the University of California, C-99-0790 SI
            Stipulation & [proposed] Order Re Mediation & Extension of Continuing Jurisdiction

2. The parties have agreed that Ms. Catherine A. Yanni, Esq. of JAMS will serve as the mediator for these purposes. The parties have agreed to attend a mediation for November 8, 2007 at 9:00 a.m. at JAMS.

3. The Court's jurisdiction in this matter was originally scheduled to terminate on September 1, 2007. Previously, this Court approved an extension continuing its jurisdiction in this matter. The parties hereby stipulate that the Court's continuing jurisdiction in this matter shall be extended through November 30, 2007 so that they will have the opportunity to mediate as described herein.

Dated: October 2, 2007                    SCHNEIDER & WALLACE

_____
GUY B. WALLACE
Attorneys for Plaintiffs

Dated: October ___, 2007                   GORDON & REES

_____
BRIAN MASCHLER
Attorneys for Defendants

-2-

*Siddiqi, et. al. v. Regents of the University of California*, C-99-0790 SI
Stipulation & [proposed] Order Re Mediation & Extension of Continuing Jurisdiction

1

**ORDER**

2   IT IS SO ORDERED.

3

4   Dated: October ___, 2007

5

6   Hon. Susan Illston
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

SCHNEIDER
& WALLACE

*Siddiqi, et. al. v. Regents of the University of California,* C-99-0790 SI
Stipulation & [proposed] Order Re Mediation & Extension of Continuing Jurisdiction

1

## PROOF OF SERVICE

2

*Siddiqi v. The Regents of the University of California, et al.*

3

Case No. C 99-0790 SI

4

I am employed in the County of San Francisco. I am over the age of eighteen years and

5

not a party to the within entitled action. My business address is 180 Montgomery Street, Suite

6

2000, San Francisco, CA 94104.

7

8

On October 3, 2007, I served the following document(s) described as:

9

- **STIPULATION & [PROPOSED] ORDER RE MEDIATION AND EXTENSION OF CONTINUING**

10

  **JURISDICTION**

11

12

**BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format

13

through Schneider & Wallace's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement between the parties.

14

15

Brian P. Maschler

16

Gordon & Rees, LLP

17

Embarcadero Center West
275 Battery Street, 20th Floor

18

San Francisco, CA 94111
**bmaschler@gordonrees.com**

19

20

21

I declare under penalty of perjury under the laws of the State of California that the

22

foregoing is true and correct and that this Declaration is executed on October 3, 2007, at San

23

Francisco, California.

24

25

26

Mildred De La Rosa

27

28

-1-

Proof of Service
*Siddiqi v. The Regents of the University of California, et al.*
Case No. C 99-0790 SI